■ JAMES R. McCARTHY, Individually and as Parent and Natural Guardian of KEVIN McCARTHY, an Infant, Appellant, v OTTO SCHULTZ et al., Respondents.—Appeal from an order of

the Supreme Court (Hughes, J.), entered April 25, 1990 in Albany County, which granted defendants' motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Harold J. Hughes. Mahoney, P. J., Mikoll, Yesawich, Jr., Crew III and Harvey, JJ., concur.